# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANTHONY S. KIDD, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | )    Case. No. 23-3093 |
| | ) |
| JEREMY BAKER, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **DEFENDANTS' NOTICE OF NON-PARTICIPATION**

Defendants Jeremy Baker, Tyler Jones, Michael Falck, Jason Vsetecka, and (FNU) Simmons ("Defendants"), through Assistant Attorney General Matthew L. Shoger, notify the Court and parties that it does not intend to participate in this appeal because this case was dismissed on screening under the Prison Litigation Reform Act, 28 U.S.C. § 1915A. For cases that fall under the PLRA, no defendant is expected to respond to a complaint or – as reasonably follows – to an appeal based on that complaint unless the complaint survives screening. Here, the Complaint did not survive screening under the PLRA, so Defendants were not expected to respond.

To stay informed on the status of the case, the undersigned counsel wishes to continue receiving notice of orders issued in the case.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Anthony S. Kidd #93399
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff-Appellant, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General