FILED
United States Court of Appeals
Tenth Circuit

July 3, 2023

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────────

ANTHONY S. KIDD,

    Plaintiff - Appellant,

v.

JEREMY BAKER, et al.,

    Defendants - Appellees.

No. 23-3093
(D.C. No. 5:22-CV-03123-JWL)
(D. Kan.)

───────────────────────────────

**ORDER**

───────────────────────────────

Appellant has moved for leave to proceed without prepayment of fees. Although the court will defer ruling on the substantive aspects of the request, we will assess the fee at this time and direct partial payments. In any event, Appellant must pay $505.00 to the clerk of the district court. Appellant has consented to disbursement of partial payments of the filing fee from their prison account. The motion will ultimately be addressed by the panel assigned to review this appeal. Until then, Appellant's custodian shall deduct and pay to the clerk of the United States District Court for the District of Kansas an amount equal to 20 percent of the greater of --

    A. the average monthly deposits to Appellant's account, or

    B. the average monthly balance in Appellant's account for the 6-month period immediately preceding filing of the notice of appeal in this case.

In either event, Appellant's custodian shall forward payments from Appellant's account equal to 20 percent of the preceding month's income each time the account

exceeds $10.00 until the filing fees are paid in full. The first payment shall be deducted and forwarded within 30 days of the date of this order. The Attorney General for the State of Kansas is directed to serve a copy of this order on Appellant's custodian forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk