Anthony S Kidd v Jermy Baker, et al.

District Court Case No: 22-3123-JWL

I filed an Application for Leave to proceed on Appeal without prepayment of fees

And E-filed the lower court (Two) (AWR) Account withdrawal Request for 252.53 forced Savings/ IMPP 04-103 for Civil Filings $252.50 from my Available/Cash to Spend I'm writing this court because I have not seen the 505 taking from my account I'm (Also) sending (A copyed) of my (AWR) withdrawal Request. if this court need me to do any thing Like file A new AWR or any thing yit me know!

(Certificate of Service) I Anthony Kidd #93399 certify on 8/16/2023 mailed A copyed letter to the court of Appeals 1823 Stout street Denver, Colorado 80257 — Note! Do to this Kansas Department of Correction legal, official mail Delivery. Trying to stop Drug from Entering the prision by mail, Inmates git mail months Later Like I for legal issues. So HAVE (Patients) PLEASE AND THANKS

E-Filing Cover Sheet

From: Anthony S Kidd #93399
EDCF 1737 SE US Hwy 54

To: US District Court
District of Kansas

Case Name: Civil Right Complaint Pursuant to 42 U.S.C § 1983

Case No: 22-3123-SAC

Date of Filing: July/17/2023

Number of Pages Including This Page No: (4)

23-3093

Anthony S. Kidd
#93399
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

Antthony S Kidd
Plaintiff

v.

Jeremy Baker, et al.,
Defendants

No. 23-3093
(D.C. No 5:22-CV-03123-JWL)

You can deduck 252.53 from my Forced Savings Balance And the Balance of 252.50 from my Available Cash Please And Thank you!

2)

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

Anthony S Kidd — Printed Name
#93399 — Number
Eldorado — Facility
O/110 — Unit/Cell Location
7/17/202_ — Date

Please pay the following and charge to my account:
**Outgoing Funds/Donations**

Payable To: Clerk U.S District Court — Name

$ 252.53 — Check Amount

Forced Savings

Address: 444 SE Quincy, Room 490

City, State, Zip: Topeka, KS, 66683

| Title of Publication* |
|---|
| Frequency – (Circle One) |
| Yearly  Monthly  Weekly  Daily  Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper (Per IMPP 11-101) |

Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☑ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

**Postage** – (To Be Completed by Inmate)
(To Be Completed by Mailroom)

☐ Postage
☐ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

$ _____ Postage Amount

Verified By _____

To:
Name _____
Address _____
City, State, Zip _____
Reason: Deducking 252.53 from my Forced Saving

Anthony S Kidd / 7/17/2023 — Resident Signature / Date
WJS [signature] 7/16/23 — Unit Team Approval / Date

Handicraft Approval (If Applicable) _____ Date
Religious Approval (If Applicable) _____ Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval _____ Date

3)

This withdrawal request is being returned for the following reason(s):
___ Insufficient Funds           ___ Payee Missing
___ Signature Missing            ___ Insufficient Address
___ Exceeds Spending Limit       ___ Amount Missing
___ Incentive Level              ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing ___ Illegible Information
___ Unauthorized Per IMPP/KAR ___ ___ Other _____

Account Processor _____   Date Withdrawn _____   Acct. Use _____

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

**Printed Name:** Anthony S Kidd
**Number:** #93399
**Facility:** Eldorado
**Unit/Cell Location:** D/110
**Date:** 7/17/2023

Please pay the following and charge to my account:

### Outgoing Funds/Donations

**Payable To (Name):** Clerk U.S District Court
**Check Amount:** $252.50   *Available Cash to Spend*
**Address:** 444 SE Quincy, Room 490
**City, State, Zip:** Topeka, KS 66683

**Purpose/Inmate Benefit Fund Group:**

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

- ☐ Community Identification
- ☐ Civil Filing, Transcript or Subpoena Fees
- ☐ Reentry into the Community (Warden's Approval Required)

**Title of Publication:** ___
**Frequency – (Circle One):** Yearly Monthly Weekly Daily Other
**Number of Issues:** ___
**Expiration Date:** ___
**Publication Price:** ___
*Book, Magazine or News Paper (Per IMPP 11-101)*

### Postage – (To Be Completed by Inmate)
(To Be Completed by Mailroom)

- ☐ Postage
- ☐ Legal/Official Postage (Per K.A.R. 44-12-601)
- ☐ Certified (Only if Funds are Available)

**Postage Amount:** $___
**Verified By:** ___

**To:**
**Name:** ___
**Address:** ___
**City, State, Zip:** ___
**Reason:** 252.50 from my Available Cash

**Resident Signature:** Anthony S Kidd   **Date:** 7/17/2023
**Unit Team Approval:** [signed]   **Date:** 7/18/23

**Handicraft Approval (If Applicable):** ___ **Date:** ___
**Religious Approval (If Applicable):** ___ **Date:** ___

**Exception Approval:** ___ **Date:** ___
- ☐ Applies to Outgoing Funds Limit
- ☐ Does Not Apply to Outgoing Funds Limit
- ☐ Use of Forced Savings Approval as requested above

This withdrawal request is being returned for the following reason(s):
- ___ Insufficient Funds
- ___ Signature Missing
- ___ Exceeds Spending Limit
- ___ Incentive Level
- ___ Envelope/Order/Stamp Missing
- ___ Unauthorized Per IMPP/KAR ___
- ___ Payee Missing
- ___ Insufficient Address
- ___ Amount Missing
- ___ Name/Number – Do Not Match
- ___ Illegible Information
- ___ Other ___

**Account Processor**    **Date Withdrawn**    **Acct. Use**

Anthony S Kidd #93399
Eldorado. C. F
PO Box 311
Eldorado, KS, 67042

To:
United States Court House
1823 Stout Street
Denver, Colorado 80257

WICHITA KS 670
17 AUG 2023 PM 2

quadient
FIRST-CLASS MAIL
IMI
08/17/2023
0431131240048
ZIP 67042
$000.630
US POSTAGE

Scanned by
US Marshals