**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

May 23, 2023

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Topeka or 2255 Appeal

RE:  Anthony S. Kidd v. Jeremy Baker, et al.

District Court Case No.:  22-3123-JWL

Notice of Appeal filed by:  Anthony S. Kidd

Fee Status:  Not Paid

　　　The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

　　　If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: s/S. Nielsen-Davis
Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
    (Notice of Appeal, Docket Sheet, & Preliminary Record)

CLOSED,APPEAL,PLC4,S1

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:22−cv−03123−JWL

| | |
|---|---|
| Kidd (ID 93399) v. Baker et al | Date Filed: 06/17/2022 |
| Assigned to: District Judge John W. Lungstrum | Date Terminated: 12/07/2022 |
| Case in other court:  10CCA, 22−03285 | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony S. Kidd**  
*93399*

represented by **Anthony S. Kidd**  
93399  
EL DORADO Correctional Facility−Central  
PO Box 311  
El Dorado, KS 67042  
Email: KDOC_court_file_edcf@ks.gov  
PRO SE  
*Bar Number:*  
*Bar Status:*

V.

**Defendant**

**Jeremy Baker**  
*Correctional Officer, Larned Correctional Mental Health Facility, in individual capacity*

represented by **Matthew Lee Shoger**  
Office of Kansas Attorney General Derek Schmidt  
Legal Services  
120 SW 10th Avenue, 2nd Floor  
Topeka, KS 66612  
785−296−2215  
Fax: 785−291−3767  
Alternative Phone: 316−209−5135  
Cell Phone: 316−209−5135  
Email: matt.shoger@ag.ks.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Number: 28151*  
*Bar Status: Active*

**Dennis D. Depew**  
Office of Attorney General − Kansas  
120 SW 10th Avenue  
Topeka, KS 66612−1597  
785−368−8426  
Fax: 785−291−3767  
Alternative Phone:

        Cell Phone: 620−332−7180
        Email: dennis.depew@ag.ks.gov
        *TERMINATED: 11/04/2022*
        *Bar Number: 11605*
        *Bar Status: Active*

**Defendant**

**Tyler Jones**     represented by    **Matthew Lee Shoger**
*Correctional Officer, Larned Correctional Mental Health Facility, in individual capacity*
   (See above for address)
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Bar Number: 28151*
   *Bar Status: Active*

   **Dennis D. Depew**
   (See above for address)
   *TERMINATED: 11/04/2022*
   *Bar Number: 11605*
   *Bar Status: Active*

**Defendant**

**Michael Falck**     represented by    **Matthew Lee Shoger**
*Correctional Officer, Larned Correctional Mental Health Facility, in individual capacity*
   (See above for address)
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Bar Number: 28151*
   *Bar Status: Active*

   **Dennis D. Depew**
   (See above for address)
   *TERMINATED: 11/04/2022*
   *Bar Number: 11605*
   *Bar Status: Active*

**Defendant**

**Jason Vsetecka**     represented by    **Matthew Lee Shoger**
*Correctional Officer, Larned Correctional Mental Health Facility, in individual capacity*
   (See above for address)
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Bar Number: 28151*
   *Bar Status: Active*

   **Dennis D. Depew**
   (See above for address)
   *TERMINATED: 11/04/2022*
   *Bar Number: 11605*
   *Bar Status: Active*

**Defendant**

represented by

| | |
|---|---|
| **(fnu) Simmons**<br>*Correctional Officer, Larned*<br>*Correctional Mental Health Facility, in*<br>*individual capacity* | **Matthew Lee Shoger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 28151*<br>*Bar Status: Active*<br><br>**Dennis D. Depew**<br>(See above for address)<br>*TERMINATED: 11/04/2022*<br>*Bar Number: 11605*<br>*Bar Status: Active* |

**Defendant**

**John Doe**
*Correctional Officer, Larned*
*Correctional Mental Health Facility, in*
*individual capacity*

**Interested Party**

| | | |
|---|---|---|
| **Kansas Department of Corrections** | represented by | **Jon D. Graves**<br>Hutchinson Correctional Facility<br>PO Box 1568<br>Hutchinson, KS 67504–1568<br>620–625–7253<br>Fax: 620–728–3262<br>Alternative Phone:<br>Cell Phone: 620–899–1240<br>Email: Jon.Graves@ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 10554*<br>*Bar Status: Active*<br><br>**Natasha M. Carter**<br>Kansas Department of Corrections<br>714 SW Jackson Street, Suite 300<br>Topeka, KS 66603<br>785–506–7615<br>Alternative Phone:<br>Cell Phone:<br>Email: natasha.carter@ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 26074*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| 06/17/2022 | 1 | COMPLAINT filed by Plaintiff Anthony S. Kidd. (Attachments: # 1 Cover Sheet, # 2 Exhibits in Support) (jal) (Entered: 06/17/2022) |
|---|---|---|
| 06/17/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Anthony S. Kidd. (Attachments: # 1 Inmate Account Statement, # 2 IFP Affidavit) (jal) (Entered: 06/17/2022) |
| 06/17/2022 | 3 | MOTION to Appoint Counsel by Plaintiff Anthony S. Kidd. (Attachments: # 1 Exhibits in Support) (jal) (Entered: 06/17/2022) |
| 06/22/2022 | 4 | ORDER ENTERED: Plaintiff's motion to proceed in forma pauperis 2 is granted. The Court assesses an initial partial filing fee of $45.50, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including July 6, 2022, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of plaintiff shall forward payments from plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The clerk is to transmit a copy of this order to plaintiff, to the finance office at the institution where plaintiff is currently confined, and to the court's finance office. Signed by U.S. Senior District Judge Sam A. Crow on 06/22/22. Mailed to pro se party Anthony S. Kidd by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 06/22/2022) |
| 07/05/2022 | 5 | NOTICE to the Court re 4 Order on Motion for Leave to Proceed in forma pauperis by Plaintiff Anthony S. Kidd. (jal) (Entered: 07/05/2022) |
| 07/22/2022 |   | FILING FEE PAID: in the amount of $ 350.00, receipt number T4631015968. (jal) (Entered: 07/22/2022) |
| 08/03/2022 | 6 | MEMORANDUM AND ORDER ENTERED: Plaintiff's Motion for Appointment of Counsel (Doc. 3 ) is denied without prejudice. The Court will enter a separate e−service order directing the Clerk of Court to serve Defendants. The Kansas Department of Corrections ("KDOC") shall submit the Martinez Report within sixty (60) days following the electronic filing of the Waiver of Service Executed. Upon the filing of that Report, the Court will screen Plaintiff's Complaint. If the Complaint survives screening, the Court will enter a separate order setting an answer deadline. Officials responsible for the operation of the LCMHF are directed to undertake a review of the subject matter of the Complaint. The Clerk of Court shall enter KDOC as an interested party on the docket for the limited purpose of preparing the Martinez Report. Upon the filing of that report, KDOC may move for termination from this action. Signed by U.S. Senior District Judge Sam A. Crow on 08/03/22. Mailed to pro se party Anthony S. Kidd by regular mail; e−mailed to the Attorney General for the State of Kansas. (smnd) (Entered: 08/03/2022) |
| 08/03/2022 | 7 | SERVICE ORDER ENTERED: The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendants waive formal service of process. The AG and/or the KDOC shall have thirty (30) days from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, KDOC shall have sixty (60) days to prepare a report pursuant to Martinez v. Aaron. Upon the filing of that report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening. Any answer deadline set forth in the waiver of service is not controlling. In |

| | | |
|---|---|---|
| | | those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have ten (10) days from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. Signed by U.S. Senior District Judge Sam A. Crow on 08/03/22. Mailed to pro se party Anthony S. Kidd by regular mail; e−mailed to the Attorney General for the State of Kansas. (smnd) (Entered: 08/03/2022) |
| 09/07/2022 | 8 | WAIVER OF SERVICE Returned Executed − Prisoner Case by (fnu) Simmons, Tyler Jones, Jeremy Baker, Michael Falck, Jason Vsetecka. (fnu) Simmons waiver sent on 9/7/2022, answer due 11/7/2022; Tyler Jones waiver sent on 9/7/2002, answer due 11/6/2002; Jeremy Baker waiver sent on 9/7/2022, answer due 11/7/2022; Michael Falck waiver sent on 9/7/2022, answer due 11/7/2022; Jason Vsetecka waiver sent on 9/7/2022, answer due 11/7/2022. (Depew, Dennis) (Entered: 09/07/2022) |
| 10/07/2022 | 9 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge John W. Lungstrum and Magistrate Judge James P. O'Hara for all further proceedings. District Judge Sam A. Crow no longer assigned to case. Signed by deputy clerk on 10/7/22. Mailed to pro se party Anthony S. Kidd 93399 EL DORADO Correctional Facility−Central PO Box 311 El Dorado, KS 67042 by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(kao) (Entered: 10/07/2022) |
| 10/14/2022 | 10 | SEALED MOTION for Leave to File Under Seal *Exhibit 15, Exhibit 16 and Exhibit 17* by Interested Party Kansas Department of Corrections (Attachments: # 1 Exhibit Exhibit 15 Video to be filed conventionally, # 2 Exhibit 16, # 3 Exhibit 17) (Graves, Jon). Added MOTION FOR LEAVE to File Conventionally on 10/14/2022. (mls). (Entered: 10/14/2022) |
| 10/18/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 10 SEALED MOTION for Leave to File Under Seal *Exhibit 15, Exhibit 16 and Exhibit 17* MOTION FOR LEAVE to File Conventionally. The motion will be resolved by the District Judge.(ss)** (Entered: 10/18/2022) |
| 10/18/2022 | 11 | ORDER ENTERED: The Motion to File Under Seal and Conventionally Exhibit 15 and File Under Seal Exhibits 16 and 17 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10 ) is granted to the extent that Exhibit 15 shall be filed under seal and conventionally, and Exhibits 16 and 17 shall be filed under seal. Movant shall provide Plaintiff with a copy of Exhibit 17 and shall allow Plaintiff to view Exhibit 15. Plaintiff shall not be allowed access to Exhibit 16. Signed by District Judge John W. Lungstrum on 10/18/2022. Mailed to pro se party Anthony S. Kidd by regular mail. (jal) (Entered: 10/18/2022) |
| 10/21/2022 | 12 | MARTINEZ REPORT by Interested Party Kansas Department of Corrections re 1 Complaint. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29)(Graves, Jon) (Entered: 10/21/2022) |
| 10/24/2022 | 13 | SEALED EXHIBIT(S) *16* re 12 Martinez Report,, (Graves, Jon) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 10/24/2022 | 14 | DISREGARD FILING AS DOCKETED IN WRONG CASE –– SERVICE ORDER ENTERED: The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendant waive formal service of process. The AG and/or the KDOC shall have thirty (30) days from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, KDOC shall have sixty (60) days to prepare a report pursuant to Martinez v. Aaron, 570 F.2d 317 (10th Cir. 1978). Upon the filing of that report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening. Any answer deadline set forth in the waiver of service is not controlling. In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have ten (10) days from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. Signed by Magistrate Judge James P. O'Hara on 10/24/22. Mailed to pro se party James Richard Dudley by regular mail; e–mailed to the Attorney General for the State of Kansas. (smnd) Modified text on 10/24/2022. (smnd) (Entered: 10/24/2022) |
| 10/24/2022 | 15 | SEALED EXHIBIT(S) 17 re 12 Martinez Report,, (Graves, Jon) (Entered: 10/24/2022) |
| 10/24/2022 | | DOCKET ANNOTATION: The pdf document attached to the original filing of the 14 Service Order has been blocked from public view as it was filed in wrong case. (smnd) (Entered: 10/24/2022) |
| 10/24/2022 | 16 | MOTION for Identification by Plaintiff Anthony S. Kidd (smnd) (Entered: 10/24/2022) |
| 10/24/2022 | 17 | MOTION in Limine to Exclude Evidence Regarding Disciplinary History by Plaintiff Anthony S. Kidd. (smnd) (Entered: 10/24/2022) |
| 10/24/2022 | 18 | MOTION in Limine to Exclude Evidence Regarding Convictions by Plaintiff Anthony S. Kidd. (smnd) (Entered: 10/24/2022) |
| 10/27/2022 | 19 | CONVENTIONALLY FILED AND UNDER SEAL EXHIBIT 15 IN SUPPORT of 12 Martinez Report received in the Topeka Clerk's Office on 10/26/22. The original and copy for chambers will be maintained in the Topeka Clerk's Office. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 10/27/2022) |
| 10/31/2022 | 20 | OBJECTION to 12 Martinez Report by Plaintiff Anthony S. Kidd. (smnd) (Entered: 10/31/2022) |
| 10/31/2022 | 21 | MOTION for Order (titled Motion to the Court to Provide Plaintiff With All Camera Videos) by Plaintiff Anthony S. Kidd (smnd) (Entered: 10/31/2022) |
| 11/01/2022 | 22 | RESPONSE by Defendants Jeremy Baker, Michael Falck, Tyler Jones, (fnu) Simmons, Jason Vsetecka re 16 Motion for Order, 18 Motion in Limine, 17 Motion in Limine (Shoger, Matthew) (Entered: 11/01/2022) |
| 11/03/2022 | 23 | RESPONSE (titled Motion for "These" Exhibits That Should Be in Martinez or Objecting to the Cover Up) to 12 Martinez Report by Plaintiff Anthony S. Kidd. (Attachments: # 1 Exhibits) (smnd) (Entered: 11/03/2022) |
| 11/04/2022 | 24 | WITHDRAWAL OF COUNSEL by Dennis D. Depew and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Matthew Lee Shoger on behalf of |

| | | |
|---|---|---|
| | | Jeremy Baker, Michael Falck, Tyler Jones, (fnu) Simmons, Jason Vsetecka (Shoger, Matthew) (Entered: 11/04/2022) |
| 11/10/2022 | 25 | REPLY TO RESPONSE TO MOTION by Plaintiff Anthony S. Kidd re: 16 Motion for Identification, 17 Motion in Limine to Exclude Evidence Regarding Disciplinary History and 18 Motion in Limine to Exclude Evidence Regarding Convictions. (smnd) (Entered: 11/10/2022) |
| 11/10/2022 | 26 | MOTION for Extension of Time to File Response as to 21 MOTION for Order by Defendants Jeremy Baker, Michael Falck, Tyler Jones, (fnu) Simmons, Jason Vsetecka (Shoger, Matthew) (Entered: 11/10/2022) |
| 11/23/2022 | 27 | RESPONSE by Defendants Jeremy Baker, Michael Falck, Tyler Jones, (fnu) Simmons, Jason Vsetecka re 21 Motion for Order (Shoger, Matthew) (Entered: 11/23/2022) |
| 11/23/2022 | 28 | MOTION for Default by Plaintiff Anthony S. Kidd (Attachments: # 1 Cover Sheet) (smnd) (Entered: 11/23/2022) |
| 11/30/2022 | 29 | REPLY TO RESPONSE TO MOTION by Plaintiff Anthony S. Kidd re: 21 Motion for Order. (Attachments: # 1 E–Filing Cover Sheet) (smnd) (Entered: 11/30/2022) |
| 12/06/2022 | 30 | RESPONSE by Defendants Jeremy Baker, Michael Falck, Tyler Jones, (fnu) Simmons, Jason Vsetecka re 28 Motion for Order (Shoger, Matthew) (Entered: 12/06/2022) |
| 12/07/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 21 MOTION for Order, 16 MOTION for Identification, 28 MOTION for Order, 26 MOTION for Extension of Time to File Response as to 21 MOTION for Order . The motions will be resolved by the District Judge. (smnd)** (Entered: 12/07/2022) |
| 12/07/2022 | 31 | MEMORANDUM AND ORDER ENTERED: This matter is dismissed for failure to state a claim upon which relief may be granted. All pending motions (Docs. 16 , 17 , 18 , 21 , 26 , and 28 ) are denied. Signed by District Judge John W. Lungstrum on 12/07/22. Mailed to pro se party Anthony S. Kidd by regular mail. (smnd) (Entered: 12/07/2022) |
| 12/07/2022 | 32 | JUDGMENT regarding Memorandum and Order 31 dismissing matter for failure to state a claim. Signed by Deputy Clerk on 12/07/22. Mailed to pro se party Anthony S. Kidd by regular mail. (smnd) (Entered: 12/07/2022) |
| 12/14/2022 | 33 | MOTION to Amend Complaint re 1 Complaint by Plaintiff Anthony S. Kidd (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 Amended Complaint, # 2 E–Filing Cover Sheet) (smnd) (Entered: 12/14/2022) |
| 12/16/2022 | 34 | ORDER ENTERED: Plaintiff's motion to amend complaint (Doc. 31 ) is denied as moot. Signed by District Judge John W. Lungstrum on 12/16/2022. Mailed to pro se party Anthony S. Kidd by regular mail. (jal) (Entered: 12/16/2022) |
| 12/30/2022 | 35 | NOTICE OF APPEAL as to 31 Memorandum and Order and 32 Judgment by Plaintiff Anthony S. Kidd. (Attachments: # 1 Transmittal Letter) (smnd) (Entered: 12/30/2022) |
| 12/30/2022 | 36 | MOTION for Leave to Appeal in forma pauperis by Plaintiff Anthony S. Kidd. (Attachments: # 1 Inmate Account Statement) (smnd) (Entered: 12/30/2022) |
| 12/30/2022 | 37 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 35 Notice of Appeal – Final Judgment. (Attachments: # 1 Preliminary Packet) (smnd) (Entered: |

| | | |
|---|---|---|
| | | 12/30/2022) |
| 12/30/2022 | 38 | APPEAL DOCKETED in 10CCA on December 30, 2022, and assigned Appeal No. 22–3285 re 35 Notice of Appeal – Final Judgment filed by Anthony S. Kidd. (smnd) (Entered: 12/30/2022) |
| 01/03/2023 | 39 | ORDER ENTERED: Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 36 ) is granted. Signed by District Judge John W. Lungstrum on 01/03/23. Mailed to pro se party Anthony S. Kidd by regular mail. (smnd) (Entered: 01/03/2023) |
| 01/04/2023 | 40 | RECORD ON APPEAL retrieved by 10CCA consisting of Volume I – Pleadings and Volume II – Sealed Pleadings re 35 Notice of Appeal – Final Judgment (Volume III – Conventionally Filed Exhibits added upon receipt). (Appeal No. 22–3285) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 01/04/2023) |
| 01/04/2023 | 41 | RECORD ON APPEAL transmitted to 10CCA conventionally consisting of Volumes III – Conventionally Filed Exhibit (Sealed Exhibit 15 in Support of Martinez Report) re 35 Notice of Appeal – Final Judgment. (Appeal No. 22–3285) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 01/04/2023) |
| 01/06/2023 | 42 | RECORD ON APPEAL retrieved by 10CCA consisting of: No. of Volumes: 3; Vol I – Pleadings; Vol II – Sealed Pleadings; Vol III – Sealed Exhibit available on disk. Hard copy filed in volume, re 35 Notice of Appeal – Final Judgment. (Appeal No. 22–3285) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jal) (Entered: 01/06/2023) |
| 01/10/2023 | 43 | RECEIPT FROM 10CCA of Record on Appeal Volume III re 35 Notice of Appeal – Final Judgment. (Appeal No. 22–3285) (smnd) (Entered: 01/10/2023) |
| 02/02/2023 | 44 | ORDER of 10CCA: Appellant must pay $505.00 to the clerk of the district court. Appellant's custodian shall forward payments from Appellant's account equal to 20 percent of the preceding month's income each time the account exceeds $10.00 until the filing fees are paid in full. (Appeal No. 22–3285) (smnd) (Entered: 02/02/2023) |
| 04/20/2023 | 45 | APPEAL MANDATE from 10CCA: affirming decision of the District Court. (Appeal No. 22–3285) (Attachments: # 1 Transmittal Letter) (smnd) (Entered: 04/20/2023) |
| 05/10/2023 | 46 | MOTION for Reconsideration by Plaintiff Anthony S. Kidd (smnd) (Entered: 05/10/2023) |
| 05/10/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 46 MOTION for Reconsideration. The motion will be resolved by the District Judge. (smnd)** (Entered: 05/10/2023) |
| 05/11/2023 | 47 | MINUTE ORDER ENTERED: Magistrate Judge James P. O'Hara no longer assigned to case. Entered by Deputy Clerk on 05/11/23. Mailed to pro se party Anthony S. Kidd by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 05/11/2023) |
| 05/11/2023 | 48 | ORDER ENTERED: Plaintiff's motion for reconsideration (Doc. 46 ) is denied. Signed by District Judge John W. Lungstrum on 05/11/23. Mailed to pro se party Anthony S. Kidd by regular mail. (smnd) (Entered: 05/11/2023) |
| 05/15/2023 | 49 | |

|            |    | NOTICE to the Court re: 46 Motion for Reconsideration by Plaintiff Anthony S. Kidd. (smnd) (Entered: 05/15/2023) |
|------------|----|---|
| 05/16/2023 | 50 | ORDER ENTERED: This matter is before the Court on a filing by Plaintiff (Doc. 49 ), which includes a statement from another inmate who witnessed the incident upon which the complaint is based. Plaintiff may have intended the statement to support his motion for reconsideration. However, the motion has been denied, and Plaintiff's latest filing would not have changed that ruling. No further action will be taken by the Court. Signed by District Judge John W. Lungstrum on 05/16/23. Mailed to pro se party Anthony S. Kidd by regular mail. (smnd) (Entered: 05/16/2023) |
| 05/23/2023 | 51 | NOTICE OF APPEAL as to 48 Order on Motion for Reconsideration by Plaintiff Anthony S. Kidd. (smnd) (Entered: 05/23/2023) |
| 05/23/2023 |    | APPEAL FEE STATUS: filing fee not paid re: Notice of Appeal 51 on behalf of Plaintiff Anthony S. Kidd. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION.) (smnd) (Entered: 05/23/2023) |

United States Court of Appeals for the Tenth Circuit

22-3285, Kidd v. Baker, et al
Dist/Ag docket: 5:22-cv-03123-JWL-JPO
( Motion for Appeal!)

Arguements!

1) Plaintiff Mr Kidd Appeals pro se from the Order of the District Court Dismissing the motoin for Reconsideration (Doc. 46 it was so ordered. Date May 11, 2023 But Now Appeal The Lower court Ruling on All Advert Rulings.

1A.) Mr Kidds Claim involved Allegations of His Condition in Confinment the Relevant Path to exHaust His claims was set out in Impp 44-15-101b. / Note it is petitioners claim that the (Courts) Relinquished Jurisdiction with A Ruling contrary to LAW. This Amounts to Acting in A manner Incosistant with Due Process.

Petitioner Presented claim and Evidence of A violation of the eight Amendment, Because of conditions of Confinement But the (Courts) Misconscrewed claim As A (Property Claim) This Misunderstanding was No Fault of patitioner But Led to the Improper Ruling from the Honorabl Courts *

1) 10

Petitioner K.M. Had Not All Contents for this final Complaint to be Considered on its Merits And Requested Reconsideration Based on Lack of Jurisdiction Manifest Injustice. And the Interest of Justice the Rulings Based on A Misunderstanding of the Issue Being Presented And statements of Fact Amount to Void Judgement.

A Void Judgement Grounds No Rights. forms No Defense to Action Taking there under And is Vulnerable to Any Manner of Collateral Attack. No statute of Limitations or Repose Run on its Holdings. The Matters Thought to Be Settled there By Are not Res Judicata! And years later, when the memories may Have Grown dim And Rights long Been Regarded As Vested. And Disgruntled Litigant May (Reopen) the Old wound And once More Probe it's Depths And it is Then As though Trial And Adjudication Had Never Been 10/13/58 Fritts v. Krugh, Supreme Court of Michigan, 92 N.W. 2d 604, 354 Mr. 92) The Prior Judgement Must Be A Valid Final Judgement for Res Judicata or Colleral estoppal (Frandson v. Westinghouse Corp) 46 F 3d 975 (10TH Cir 1992)

11

Fed R Civ. P. Rule 60 (b)(4). 28 U.S.C.A.) USCA Amend 5, Klugh v. United States. 620 F. Supp. 892 D.S/1985 A Judgement is Void if the Court that Rendered it Lacked Jurisdiction of the Subject matter or of The Parties, or Acted in a manner inconsistan with due Process.(I Plaintiff - Appealing All Advert Rulings) Because Kidd Grievanced His Beating And Being on OSR " That's Condition And Confinement. And one of these Dead Lines which Kidd Did file no later than one year After the event Do to the exceptional Cercomstance for Being Placed on OSR And physicaly Hurt And mentaly Scarred The the Plaintiff mr Kidd Grievance was intertained And Investigated There fore The Grievance was exhausted under 44-15-101b. Time Limitations for filing Grievance mr Kidd By Impp statutes Grievance Properly exhausted And Law The plaintiff used IN His Grievance

3   12

1) B) Plaintiff Mr Kidd Objected to the Marteniz Report! Saying the camera footage was Altered on may I say Spiced Did the Lower Court error by not Invistagating the matter or give the Jury A chance to View the 1983 Civil Complaint Because the Plaintiff Mr Kidd Also have A Sworn Declaration By Inmate Samuel Garcia Verifying what Happened on Date 12/28/2021 I'm Appealing All Advert Rulings! The lower court fail to properly rule on/the Rulings Based on A misunderstanding of the Issues Being Presented And statements of facts Amounted to A Void Judgement! Also the Lower Court fail to understand The U.S Court of Appeal fail to Rule on the civil complaint only my Grievance Issues! So why would The Lower court say Plaintiff Had the chance to Present His Arguments on Appeal,

4)

13

But the Lower Court fail to Understand I did A Motion to Reconsiter or/En-Banc! But the Court of Appeal, Just Blew me off As if I didn't Pay to Be Heard! I Fill Like I'm Fiaghting the Court Instead of the defendants who never filed A declaration for Dismissal! Note A court can not confar jurisdiction where none existed And can not make A void proceeding valid. Its clear And well established law that A void order can be challenged in Any Court (old Wayre Mu. L. Assos v. McDonough, 204 U.S. 8, 27 S. Ct 236 (1907) A void Judgement is one Rendered by court which Lacked subject matter jurisdiction, or Acted in A manner Inconsistant with Due Process - When Rule providing for Relief from void Judgement is Applicable, Relief is not A Discretionary matter But is Manditory. SEE Orner v. Shalala, 30 F.3d 1307 (1994) Judgement entered where court Lacked either subject matter or personal jurisdiction or that where otherwise entered in violation of Due Process of Law Must be set Aside.

5)

14

And Plaintiff Mr Kidd Humbly Ask the courts if They do not wont to properly Rule on Properly Intertain His motions would the Two courts give the plaintiff Mr Kidd His Mony BACK! Becouse the Lower court And US Appeals Rulings Are Contrary to Law ON (Impp statutes) About the Plaintiff Grievance/or when Force was used And wy Force was use! Becouse defendant Baker was not Bit At the Time, wile punching The plaintiff in the Head/wile plaintiff MR Kidd was Already subdued/ the camara would showe the SAME! These issues Are not Discretionary Matters But Manditory! Mr Kidd Have copyes of the (warden) And the (Unit Team Answering) the plaintiff Grievance. There for waving Any Administrations Rieghts / Saying plaint fail to properly exhaust..

6

Certificate of Service

I Anthony S Kidd Here be Certify that on 5/22/2023 E filed to the United States Court of Appeals for the Tenth Circuit

And Mailed A copeyed motion to Appeal! To Matthew L Shoger Assistant Attorney General
120. SW 10Th Avenue 2nd Floor
Topeka, KS 66612-1597

7)

16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY S. KIDD,

   Plaintiff,

  v.            CASE NO. 22-3123-JWL

JEREMY BAKER, et al.,

   Defendants.

## O R D E R

Plaintiff brought this pro se civil rights complaint under 42 U.S.C. § 1983. On December 7, 2022, the Court dismissed the complaint. (*See* Doc. 31, 32). Plaintiff appealed. On April 20, 2023, the U.S. Court of Appeals for the Tenth Circuit issued a mandate affirming the dismissal. (Doc. 45).

Plaintiff has now filed a motion (Doc. 46) asking this Court to reconsider the dismissal of his complaint. The motion is denied. Plaintiff had the chance to present his arguments on appeal.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Doc. 46) is **denied**.

**IT IS SO ORDERED**.

Dated May 11, 2023, in Kansas City, Kansas.

            S/ John W. Lungstrum
            JOHN W. LUNGSTRUM
            UNITED STATES DISTRICT JUDGE