FILED
United States Court of Appeals
Tenth Circuit

June 14, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANTHONY S. KIDD,

    Plaintiff - Appellant,

v.

JEREMY BAKER, et al.,

    Defendants - Appellees.

No. 23-3093
(D.C. No. 5:22-CV-03123-JWL)
(D. Kan.)

_____

### ORDER
_____

This matter is before the court on the pro se appellant's Motion to [illegible] the Plaintiff Proceed with His First Payment of 505.00! to Appeal (the "Motion"). We are unsure what relief the appellant is seeking, so the Motion is denied, as provided in this order.

If the appellant is asking the court to carry over a previous appellate filing fee payment, that relief is denied. The obligation to pay this court's filing fees is incurred when a notice of appeal is filed. Fed. R. App. P. 3(e); 10th Cir. R. 3.3. This obligation is not contingent on the litigant's satisfaction with or understanding of the court's decision in a prior case, but solely upon the litigant's decision to file a notice of appeal to challenge a district court's order. The obligation is incurred with every notice of appeal the litigant files.

If the appellant is asking the court to approve his freeform motion as sufficient to seek leave of court to avoid prepayment of the $505.00 filing fees, the court cannot do so. An appellant who is a prisoner is obligated by federal statute to pay the filing fees in full. 28 U.S.C. § 1915. The prisoner litigant may be permitted to pay the filing fees in partial payments over time, as provided in the statute. *Id.* §1915(a) & (b). In order to seek permission to pay the fees in partial payments, the prisoner litigant must file the court's approved form motion and provide all required information, signatures, and documentation. An incomplete motion or a motion not on the court's approved form probably will not be accepted, which could subject the appeal to dismissal for failure to prosecute. 10th Cir. R. 42.1.

The appellant may be asking the court for other relief or providing argument about the merits of his appeal. We cannot determine what other relief he may be asking for. And all arguments about the merits of the appeal must be included in the opening brief, not in a motion for procedural relief.

The appellant's opening brief and his fully completed motion for leave to proceed without prepayment of the appellate filing fees remain due by July 17, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk